# MEMORANDUM

**DATE:**   September 7, 2005

**TO:**   Deputy Clerk
   Miscellaneous Business Docket

**FROM:**   Tricia L. Desingco
   Financial Litigation Unit
   U.S. Attorney's Office

**RE:**   <u>U.S. v. CARLINE BALTHAZAR</u>

   Attached is a certified copy of the above Judgment that was entered in United States District Court of New York cv-90-828.

   Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 47 Raechel Road, Randolph, MA 02368.

   Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

   If you have any questions, please contact me at (617) 748-3308. Thank you for your attention to this matter.

Attachment

MBD No. _05-mc-10331_

Dated: _9/9/05_

UNITED STATES OF AMERICA

                               Plaintiff,

       -against-

CARLINE BALTHAZAR

                               Defendant(s).

CONSENT JUDGMENT
Civil Action
No.: CV 90-828

(FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. JUL 2 6 1990)

     IT IS HEREBY STIPULATED AND AGREED by and between the attorney for the plaintiff and the defendant pro se that judgment be entered in favor of the plaintiff and against the defendant in the above-entitled action and that the judgment be satisfied on the following terms and conditions:

     1. That defendant acknowledges that (s)he is indebted to plaintiff in the amount of $10,141.15 with interest thereon of $1,596.55 accrued to the date of this judgment together with costs and disbursements of $177.99, and the attorneys' fees of $2,535.37 amounting in all to the sum of $14,451.06, and (s)he has no defenses, counter-claims or offsets thereto, and does hereby confess judgment to the United States of America in the amount stated herein.

     2. The defendant agrees to pay to the plaintiff the sum of $14,451.06, plus interest at the legal rate, as follows:

     **   (a)  $125.00 by November 30, 1989; and
            (b)  $125.00 per month thereafter, commencing December 30, 1989, until the entire sum of $14,451.06 plus interest shall have been paid in full.

     3. The said payments shall be made payable to the order of the United States Department of Justice and delivered or mailed to:

        U.S. Department of Justice
        Central Intake Facility
        P.O. Box 345
        8401 Colesville Road
        Silver Springs, Maryland  20910

     4. Upon full and complete payment by the defendant of the amount stated herein, the plaintiff shall deliver a letter of release or satisfaction of the aforesaid obligation to the defendant.

     5. In the event of a default by the defendant in the payment provided for herein, and should such default remain uncured for five days, plaintiff shall have the right at its sole option and discretion to declare due and owing the entire amount above acknowledged, together with interest, and to have execution thereon.

     6. This confession of judgment is for a debt now justly and truly due and owing to the plaintiff as acknowledged in paragraph no. 1 above.

     7. I have read and understand the foregoing and I sign this agreement as a free and voluntary act.

     ** See P.2

Dated: Great Neck, N.Y.
       June 4, 1990

                                                    HAYT, HAYT & LANDAU
                                                    Attorneys for Plaintiff
                                                    600 Northern Boulevard
                                                    Great Neck, N.Y.  11021
                                                    (516)364-6480

                                                    By: _____
                                                        JOEL D. LEIDERMAN
                                                        A Member of the Firm

                                                        _____
                                                        Defendant Pro Se

SO ORDERED:

Dated: _July 24_ New York
                ,1990

_Edward R. Karmu_
U.S.D.J.

A TRUE COPY
ATTEST
DATED _____ 20__
ROBERT C. HEINEMANN
BY _____ CLERK
                           DEPUTY CLERK

** $500.00 in payments have been received, therefore reducing costs/expenses from $637.99 to $177.99.